IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40407
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TRINIDAD JULIAN GAMEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-99-CR-441-1
--------------------
February 21, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:*

    The Federal Public Defender appointed to represent Trinidad
Julian Gamez on appeal has moved for leave to withdraw and has
filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738
(1967). Although Gamez was notified of his right to respond to
his counsel's motion, Gamez has not filed a response.

    Our independent review of counsel's brief and the record
discloses no nonfrivolous issue. Accordingly, the motion for
leave to withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED. <u>See</u> 5TH
CIR. R. 42.2.

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.